AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOSE MUNIZ
a/k/a GEORGE MARCHANTE

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 05-827-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __6/12/01 and 12/30/01__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, any building, or real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce

in violation of Title __18__ United States Code, Section(s) __844(i) and 2__.

I further state that I am a(X) __Special Agent, ATF__ and that this complaint is based on the following
                                        Official Title
facts:

See attached affidavit of ATF Special Agent Mattheu Kelsch

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-10-2005 @ 2:10 PM                            at   Boston, Massachusetts
Date                                                 City and State

MARIANNE B. BOWLER
U.S. MAGISTRATE JUDGE                            _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.