UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | Case No. MJ 05-05827 MBB |
|---|---|---|
| | ) | NOTICE OF APPEARANCE OF |
| v. | ) | ALFRED E. SAGGESE, JR. ON BEHALF |
| | ) | OF DEFENDANT JOSE MUNIZ |
| JOSE MUNIZ | ) | |
| | ) | |

Kindly enter my appearance in the above-referenced matter on behalf of the defendant, Jose Muniz.

JOSE MUNIZ
By his Attorney,

by his attorney,

Alfred E. Saggese, Jr.
40 Court Street
Suite 700
Boston, MA 02108
(617) 742-9191
BBO #437760

1