UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            )
                                     )
v.                                   )
                                     )    MJ 05-05827 MBB
JOSE MUNIZ                           )
                                     )
    Defendant                        )

## MOTION TO WITHDRAW AS COUNSEL

Now comes, Mark D. Smith, CJA appointed counsel for defendant Jose Muniz in the above-captioned matter, and respectfully requests he be permitted to withdraw as counsel. As grounds therefore, counsel states that private counsel has been retained to represent the defendant.

JOSE MUNIZ,

By his attorney,

_____
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: May 18, 2005

## CERTIFICATE OF SERVICE

    I, Mark Smith, attorney for Defendant Jose Muniz hereby certify that on this date I served the within Motion to Withdraw as Counsel by causing a copy to be delivered by regular mail, postage prepaid, to:

Donald Cabell
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

                                    _____
                                    Mark D. Smith, Esq.
                                    Laredo & Smith, LLP
                                    15 Broad Street, Suite 600
                                    Boston, MA 02109
                                    (617) 367-7984

Dated: May _18_, 2005