UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 05-827-MBB |
| | ) | ASSENTED TO MOTION TO |
| v. | ) | CONTINUE DATE OF DETENTION |
| | ) | HEARING |
| JOSE MUNIZ | ) | |
| | ) | |

NOW comes the defendant, Jose Muniz, through counsel, who moves this Honorable Court to continue the scheduled date of the Detention Hearing from May 18, 2005 to Friday, May 27, 2005. As reasons therefore, the defendant states that counsel has just been retained in this matter and needs the additional time to prepare for said hearing.

The defendant further submits that counsel has discussed this motion with AUSA Don Canell who assents to this motion, although he will be in another session between 10 – 11 am.

Respectfully submitted,

JOSE MUNIZ
By his Attorney,

Alfred E. Saggese, Jr.
40 Court Street
Suite 700
Boston, MA  02108
(617) 742-9191
BBO #437760

1