UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JOSE MUNIZ ) | CR. NO. 05-MJ-00827-MBB |
| a/k/a GEORGE MARCHANTE ) | |

**JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The parties hereby jointly move that the Court continue the probable cause and detention hearing in this matter, presently scheduled for May 27, 2005, to June 6, 2005, at 10:45 a.m., to accommodate counsels' respective schedules. In so moving, the defendant waives his right to a preliminary examination within 30 days of the filing of the criminal complaint.

| | |
|---|---|
| JOSE MUNIZ | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/Alfred E. Saggese Jr. | /s/DonaldL. Cabell |
| ALFRED E. SAGGESE JR., ESQ | DONALD L. CABELL |
| 11 Beacon Street, #1210 | Assistant U.S. Attorney |
| Boston, MA 02108 | U.S. Courthouse |
| (617) 742-9190 | 1 Courthouse Way |
| | Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3105 |

May 24, 2005